## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**CHRISTY PUGH BASINGER, on behalf**
**of her minor son, KSB,**

      **Plaintiff,**                           **Case No. 4:12-cv-04114-SOH**

**v.**

**UNITED STATES OF AMERICA,**

      **Defendant.**

### <u>MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION</u>

Defendant United States of America, by and through undersigned counsel, hereby moves under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction.  Plaintiffs' claims are barred under Arkansas' well-established recreational use statute, Ark. Code Ann. § 18-11-301 *et. seq*.

Attached hereto in support of this motion are a Memorandum of Law and Exhibits 1-2.

                       Respectfully submitted,

                       CONNER ELDRIDGE
                       United States Attorney

                       /s/  Deborah Groom
                       DEBORAH GROOM
                       Assistant U.S. Attorney
                       Bar No. 80054
                       414 Parker Avenue
                       Fort Smith, AR  72901
                       Telephone: (479) 783-5125
                       Debbie.Groom@usdoj.gov

                       Counsel for United States of America

## CERTIFICATE OF SERVICE

I, Deborah Groom, Assistant United States Attorney for the Western District of Arkansas, certify that on October 29, 2012, I electronically filed the foregoing with the Court using the CM/ECF system which will sent notification of such filing to the following:

Aubrey Gregory
Sam Gregorio
Julie Payne Johnson
Attorneys for Plaintiffs


/s/ Deborah Groom
Deborah Groom

2