IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTY PUGH BASINGER,
on behalf of her minor son, K.S.B.                                                          PLAINTIFF

VS.                                         CASE NO. 12-CV-4114

UNITED STATES OF AMERICA                                                        DEFENDANT

## ORDER

      Before the Court is Plaintiff's Motion to Substitute Party. ECF No. 58. Christy Pugh Basinger states that her son, Kylar Shane Basinger ("K.S.B."), has reached the age of majority. Accordingly, Ms. Basinger moves the Court to substitute Kylar Shane Basinger in his own right as a plaintiff in this case. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Kylar Shane Basinger is substituted for Christy Pugh Basinger as a plaintiff in this case.

      **IT IS SO ORDERED**, this 7th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge